IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNION PACIFIC RAILROAD COMPANY, Plaintiff, vs. BNSF RAILWAY COMPANY, Defendant. | 8:16CV63 **ORDER** |
|---|---|

IT IS ORDERED that the motion to permit Ashley G. Habiger to withdraw as counsel of record for Defendant, (filing no. 27), is granted.

June 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge